UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CYNTHIA RUSH COATS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | **(JURY)** |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL
## AND DEMAND FOR JURY TRIAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Allstate Fire and Casualty Insurance Company and files its Notice of Removal pursuant to 28 U.S.C. §1446(a), as well as their formal Demand for Jury Trial, and in support thereof would show the Court as follows:

1. On January 3, 2017, Plaintiff Cynthia Rush Coats filed Plaintiff's Original Petition in the matter styled *Cynthia Rush Coats v. Allstate Fires and Casualty Insurance Company,* Cause No. 236-289743-17, in the 236th Judicial District Court of Tarrant County, Texas in which Plaintiff made a claim for damages to his home under a homeowner's insurance policy issued by Allstate Fire and Casualty Insurance Company.

2. Plaintiff served Allstate Vehicle and Property Insurance Company with a copy of the Petition by certified mail, return receipt requested on January 9, 2017.

3. Defendant files this Notice of Removal within 30 days of receiving Plaintiff's Original Petition. *See* 28 U.S.C. §1446(b). This Notice of Removal is being filed within one year of the commencement of this action.

**NOTICE OF REMOVAL**                                                                 **PAGE 1**

4.      All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. §1446(a) and are attached hereto as Exhibit "A."  A copy of this Notice is also concurrently being filed with the state court and served upon the Plaintiff.

5.      Venue is proper in this Court under 28 U.S.C. §1441(a) because this district and division embrace Tarrant County, Texas, the place where the removed action has been pending.

II.

BASIS FOR REMOVAL

6.      Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446.

7.      Plaintiff is, and was at the time the lawsuit was filed, a citizen of the State of Texas and owns the property in question which is located in Dallas County, Texas (Petition, para. 1, 7-8).

8.      Defendant Allstate Fire and Casualty Insurance Company is an Illinois corporation with its principal place of business in Illinois and is a citizen of the State of Illinois for diversity purposes, and therefore, complete diversity exists.

A.      The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction

9.      This is a civil action in which the amount in controversy exceeds $75,000.00.  Plaintiff alleges that Defendant is liable under a homeowners' insurance policy because Plaintiff made a claim under that policy as a result of a storm and Defendant wrongfully adjusted and denied that claim.  Specifically, Plaintiff alleges damages to the property of over $100,000.  (Petition, para. 4).

10.     In addition, the Plaintiff's Original Petition alleges that Defendant is liable under the Texas Deceptive Trade Practices Act and is seeking multiple damages, interest and attorneys' fees.  (Petition, para. 17-26).

III.

**THE REMOVAL IS PROCEDURALLY CORRECT**

11.     Defendant was served with the Plaintiff's Original Petition on January 9, 2017. Defendant filed this Notice within the 30 day time period required by 28 U.S.C. §1446(b).

12.     Venue is proper in the District and Division under 28 U.S.C. §1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

13.     As required by 28 U.S.C. §1446(a) and Rule 81.1 of the Local Rules, all pleadings, process, orders, and all other filings in the state court action have previously been filed. Defendant's Notice of Removal to the 231st Judicial District Court of Tarrant County is attached as Exhibit A.

14.     Pursuant to 28 U.S.C. §1446(d), promptly after Defendant files this Notice, written notice of the filing will be given to Plaintiff.

15.     Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Tarrant County District Court, promptly after Defendant files this Notice.

16.     Defendant hereby demands a trial by jury.

IV.

CONCLUSION

Based on the foregoing, the exhibits submitted in support of this Removal and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant Allstate Fire and Casualty Insurance Company hereby removes this case to this court for trial and determination.

Respectfully submitted,

**STACY & CONDER, LLP**

By:    /s/ David G. Allen
        David G. Allen
        State Bar No.: 00786972
        allen@stacyconder.com
        Danah L. Woods
        State Bar No.: 24045259
        woods@stacyconder.com

        901 Main Street, Suite 6200
        Dallas, Texas 75202
        (214) 748-5000
        (214) 748-1421 (fax)

        **ATTORNEYS FOR DEFENDANT
        ALLSTATE FIRE AND CASUALTY
        INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

On January 27, 2017 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        /s/ David G. Allen
        David G. Allen