UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CYNTHIA RUSH COATS | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § | CIVIL ACTION NO. 4:17-cv-87 |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | | **(JURY)** |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Cynthia Rush Coats and Defendant Allstate Fire and Casualty Insurance Company and file this Joint Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Cynthia Rush Coats. Defendant is Allstate Fire and Casualty Insurance Company.

2. Plaintiff filed suit against Defendant for damages under a homeowners' policy arising out of damages which occurred on December 27, 2015.

4. Plaintiff and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant. Both Plaintiff and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Allstate Fire and Casualty Insurance Company.

Respectfully submitted,

**Daly & Black, P.C.**

/*s/ David L. Bergen*
Richard D. Daly
State Bar No. 00796429
David L. Bergen
State Bar No. 24097371
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Phone:  713-655-1405
Fax:    713-655-1587
rdaly@dalyblack.com
cgustin@dalyblack.com

**ATTORNEY FOR PLAINTIFF**

AND

**STACY | CONDER | ALLEN LLP**

By:     */s/ - David G. Allen*
        David G. Allen
        State Bar No. 00786972
        allen@stacyconder.com
        901 Main Street, Suite 6200
        Dallas, Texas 75202
        (214) 748-5000
        (214) 748-1421 (fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On February 19, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ - David G. Allen*
David G. Allen

DGA/PLDG/599281.1/000003.17083