```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

CYNTHIA RUSH COATS              §
                                §
VS.                             §      ACTION NO. 4:17-CV-087-Y
                                §
ALLSTATE FIRE AND CASUALTY      §
INSURANCE COMPANY               §

## FINAL JUDGMENT

In accordance with the Joint Stipulation of Dismissal With Prejudice filed on February 19, 2018, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED February 27, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE